No. 87–6993.  GILLESPIE *v.* RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 87–6995.  DUFFY *v.* TEASE, JUDGE, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 87–6996.  JONES *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 87–6998.  DUNSMORE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 87–7001.  SHERIDAN *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS.  C. A. 7th Cir.  Certiorari denied.

No. 87–7003.  WINFREY *v.* ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 87–7004.  MYER *v.* WEEKS.  C. A. 5th Cir.  Certiorari denied.

No. 87–7005.  MARTIN *v.* SHANK ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 87–7006.  TORRES *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–7009.  MATTOX *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 87–7012.  KELLY *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 87–7013.  COLGATE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 87–7016.  SANDERS *v.* CAMPBELL, SHERIFF OF LEAVENWORTH COUNTY, KANSAS, ET AL.  C. A. 10th Cir.  Certiorari denied.